(April 9, 2009)

■ HOUSTON MANAGEMENT CORP., Respondent-Appellant, v HOUSTON ESSEX REALTY CORP. et al., Appellants-Respondents. [875 NYS2d 890]—Cross appeals from an order, Supreme Court, New York County (Louis B. York, J.), entered January 22, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Gonzalez, P.J., Mazzarelli, Friedman, Catterson and Renwick, JJ. [*See* 2008 NY Slip Op 30176(U).]